No. 7,014.—TONY STIPECH, Plaintiff and Appellant, *v.* FRED FERGUSON et al., Defendants and Respondents.

Decided June 27, 1932.

PER CURIAM.—Respondents' motion to dismiss the appeal herein on the ground that appellant failed to file transcript on appeal within sixty days after perfecting the appeal, is sustained and the appeal is dismissed.

*Messrs. Graybill & Graybill,* for Respondents.

*Mr. F. A. Ewald,* for Appellant.

No. 7,011.—KE-SUN OIL CO., Plaintiff and Respondent, *v.* SUNBURST OIL AND REFINING CO. et al., Defendants and Respondents; J. N. THELEN, Appellant.

Decided June 27, 1932.

PER CURIAM.—Motion of respondent Ke-Sun Oil Company to dismiss the attempted appeal of J. N. Thelen is sustained.

*Mr. Louis P. Donovan* and *Henry McClernan,* for Respondent.